UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0291 |
| | ) | |
| DONNELL E. GILDER, JR., | ) | - 01 |
| Defendant. | ) | |

**MINUTE ENTRY**
**For May 2, 2016**

The parties appeared for an initial appearance on the Complaint dated May 2, 2016. Defendant appeared in person and by appointed counsel Gwendolyn Beitz. Government represented by AUSA Jeff Preston. USPO represented by Felecia Wagner.

Charges, rights and penalties were reviewed and explained.

Parties submitted on the Complaint and attached affidavit and probable cause was found.

Government orally moved for pretrial detention and a hearing was granted. Detention hearing set for **May 5, 2016 at 11:30 am in courtroom 270**.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 02 MAY 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.