UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0291 |
| | ) | |
| DONNELL E. GILDER, JR., | ) | - 01 |
| Defendant. | ) | |

# MINUTE ENTRY
## For May 5, 2016

Parties appear for a detention hearing. Defendant appeared in person and by appointed counsel Gwendolyn Beitz. Government represented by AUSA Jeff Preston. USPO represented by Jamie Roberts.

Parties jointly moved to hold the detention hearing in abeyance and the Court granted the same. The parties are to notify the Court when the issue of release or detention becomes ripe.

Defendant orally moved the Court to require the United States Marshals house the defendant at the Marion County Jail. Court will make a recommendation of placement at the Marion County Jail to the United States Marshals.

Counsel jointly moved for release of the Pretrial Services Report. The Court, finding good cause and no promise of confidentiality and no likelihood of harm, ordered the report released to counsel of record.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 5/9/16

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.