UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 MAY 17 PM 4:53

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Cause No. 1:16-cr- |
| ) | |
| DONNELL E. GILDER JR. ) | **1:16-cr-0107 JMS -MJD** |
| ) | |
| *Defendant.* ) | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about February 29, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, a cellular phone, from the person and in the presence of an employee of Marsh supermarket located at 7481 North Shadeland Avenue, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by

the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Marsh supermarket, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about March 17, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 5990 East 71st Street, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about March 17, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 5415 East 65th Street, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about March 19, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 5415 East 65th Street, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about March 19, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 8202 North Allisonville Road, Indianapolis, Indiana against the employee's will by means of

threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about March 23, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 8202 North Allisonville Road, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVEN
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about April 5, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 8202 North Allisonville Road, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about April 6, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 5415 E. 65th Street, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT NINE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about April 16, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 5415 East 65th Street, Indianapolis, Indiana against the employee's will by means of threatened

force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TEN
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about April 16, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 8202 Allisonville Road, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT ELEVEN
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about April 27, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did attempt to unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of Speedway gas station located at 5990 East 71st Street, Indianapolis, Indiana against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Speedway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWELVE
### Brandishing a Firearm During a Crime of Violence
### 18 U.S.C. § 924(c)

On or about February 29, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for

which he may be prosecuted in a court of the United States, that is, the robbery of the Marsh supermarket located at 7481 North Shadeland Avenue, Indiana, occurring as alleged in Count One above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THIRTEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about March 17, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 5990 East 71st Street, Indiana, occurring as alleged in Count Two above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOURTEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about March 17, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway

gas station located at 5415 East 65th Street, Indiana, occurring as alleged in Count Three above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT FIFTEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about March 19, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 5415 East 65th Street, Indiana, occurring as alleged in Count Four above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT SIXTEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about March 19, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 8202 North Allisonville Road, Indiana, occurring as alleged in Count Five above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVENTEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about March 23, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 8202 North Allisonville Road, Indiana, occurring as alleged in Count Six above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT EIGHTEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about April 5, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 8202 North Allisonville Road, Indiana, occurring as alleged in Count Seven above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT NINETEEN
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about April 6, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 5415 E. 65th Street, Indiana, occurring as alleged in Count Eight above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT TWENTY
Discharging a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about April 16, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

DONNELL E. GILDER JR.,

did knowingly discharge, brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 5415 E. 65th Street, Indiana, occurring as alleged in Count Nine above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT TWENTY-ONE
### Brandishing a Firearm During a Crime of Violence
### 18 U.S.C. § 924(c)

On or about April 16, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 8202 Allisonville Road, Indiana, occurring as alleged in Count Ten above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT TWENTY-TWO
### Discharging a Firearm During a Crime of Violence
### 18 U.S.C. § 924(c)

On or about April 27, 2016, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**DONNELL E. GILDER JR.,**

did knowingly discharge, brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Speedway gas station located at 5990 East 71st Street, Indiana, occurring as alleged in Count Eleven above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATION

The allegations in Counts One through Twenty-Two of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

If convicted of any offense set forth in Counts One through Twenty-Two of the Indictment, DONNELL E. GILDER JR., defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about April 27, 2016, including but not limited to a Ruger LC9 9mm pistol bearing serial number 32851662, two 9mm magazines, and fourteen (14) rounds of 9mm ammunition.

A TRUE BILL:

███████████████████████

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: *[signature]*
Jeffrey D. Preston
Assistant United States Attorney