UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-cr-0107-JMS-MJD |
| | ) | |
| DONNELL E. GILDER, JR., | ) | - 01 |
| Defendant. | ) | |

**SCHEDULING ORDER**

The Court hereby sets the above cause of action for an initial hearing on the

Indictment returned on May 17, 2016 for **May 26, 2016 at 2:00 pm** in courtroom 243

before the criminal duty magistrate judge.

**SO ORDERED** this 20th day of May, 2016.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the court's
ECF system