UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　)　CAUSE NO. 1:16-cr-0107-JMS-MJD<br>　　　　　　　　　　　　　　　)<br>DONNELL E. GILDER, JR., 　　　)　　　　　　　　 - 01<br>　　　Defendant. 　　　　　　　)  | |

# MINUTE ENTRY
## For May 26, 2016

Parties appear for an initial appearance on the Indictment dated May 17, 2016. Defendant appeared in person and by appointed counsel Gwendolyn Beitz. Government represented by AUSA MaryAnn Mindrum for AUSA Jeff Preston.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **June 9, 2016**.

Parties are to notify the Court when the issue of release or detention becomes ripe.

Defendant waived formal arraignment.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 05/26/2016

*Denise LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.