UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:16-cr-00107-JMS-MJD |
| DONNELL E. GILDER, JR. (01), | ) | |
| Defendant. | ) | |

## ORDER

On September 16, 2016, the Court received a motion from Defendant, pro se, even though he continues to be represented by counsel. The Defendant is advised that this motion will be forwarded, unread, to his counsel, who will decide whether and in what form to present the information contained in it to the Court. Counsel is ordered to remind her client that he should not send correspondence directly to the Court. Ms. Beitz shall file a notice with the Court confirming that she has made contact with Mr. Gilder <u>on or before October 3, 2016.</u>

Date: September 20, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE
jeffrey.preston@usdoj.gov