**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| ) | | |
| v. ) | 1:16-CR-0107-JMS-MJD | |
| ) | | |
| DONNELL E. GILDER JR. ) | | |
| Defendant. ) | | |

## STATUS REPORT
## DEFENSE COUNSEL CONFIRMATION OF CONTACT WITH CLIENT

Gwendolyn M. Beitz, counsel for Defendant Donnell E. Gilder, Jr., respectfully submits the following status report to the Court per Docket entry 35;

Undersigned counsel has had contact with Mr. Gilder regarding the letter received by the Court on November 16, 2016. Undersigned counsel discussed the letter's content with Mr. Gilder. To the best of her knowledge undersigned counsel has addressed Mr. Gilder's concerns.

Respectfully submitted,

*S/ Gwendolyn M. Beitz*
Gwendolyn M. Beitz.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## **CERTIFICATE OF SERVICE**

  I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          *S/Gwendolyn M. Beitz*
          Gwendolyn M. Beitz